COURT OF CRIMINAL APPEALS
★ OF TEXAS ★
TEX
RETURNED TO SENDER

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711



RELEASED ✗ ___ PKG FROM INDIVIDUAL ___
NAME & NUMBER DO NOT MATCH ___
___ NOT HERE ___
___ NEED TD # ___
PKG FROM UNAUTHORIZED SOURCE ___

Dise

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES
02 1M          $ 00.40⁶
0004279596    MAR 27 2015
MAILED FROM ZIP CODE 78701

RE: WR-81,988-02

THOMAS EDWARD BETTS
- TDC # 1859221

